DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND, LLC, SERIES 5, a Nevada limited liability company, | Case No.: |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A. HOUSING AND URBAN DEVLOPMENT; ADELE KADANS; DOROTHY L. KEMP; DONALD R. KEMP; RAFAEL GIRALDO; LEONA MARTIN; and DOES I through X inclusive, | |
| Defendants. | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446, the United States, by and through Daniel Bogden, United States Attorney for the District of Nevada, and Troy K. Flake, Assistant United States Attorney, hereby files the instant Notice of Removal of the above-captioned action to the United States District Court for the District of Nevada.  In support thereof, the United States submits as follows:

1. The Complaint in this matter was filed on August 6, 2013, in the District Court for Clark County, Nevada. See Exhibit A.

2. On or about August 12, 2013, the U.S. Department of Housing & Urban Development received a copy of the Summons and Complaint in this matter as well as the *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction.

3. The United States Attorney's Office for the District of Nevada has not been served.

4. The United States Attorney General has not been served.

5. The instant Complaint is a civil action.  The Complaint seeks various forms of relief in relation to certain property in which the United States maintains an interest pursuant to a Deed of Trust recorded against the property on or about January 1, 2005. See Compl. at ¶¶ 2, 3.  The appropriate Federal defendant in this matter is the United States.

6. On August 8, 2013, Plaintiff filed an *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction in the State Court case.  See Exhibit B.  A temporary restraining order was granted on August 9, 2013.  See Exhibit C.  A hearing regarding the preliminary injunction is scheduled for August 28, 2013.

7. This action is being removed to the United States District Court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446.

8. This cause of action is being removed to the Federal District Court within 30 days of receipt by the United States Attorney of the State court summons and Complaint.

…

…

…

…

…

…

1   WHEREFORE, the United States gives notice that the above-captioned action filed in the
2   District Court, Clark County, Nevada, has been respectfully removed to this Honorable Court.
3   Dated this 27th day of August, 2013.

>                                            DANIEL G. BOGDEN
>                                            United States Attorney
>
>                                             */s/ Troy K. Flake*
>                                            TROY K. FLAKE
>                                            Assistant United States Attorney

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the following individuals were served with copies of **NOTICE OF REMOVAL** on August 27, 2013, by the below identified method of service:

<u>U.S. Mail:</u>

Aaron R. Dean, Esq.
THE DEAN LEGAL GROUP, LTD.
612 S. 10th Street
Las Vegas, NV 89101

                                                  */s/ Troy K. Flake*
                                                  TROY K. FLAKE
                                                  Assistant United States Attorney

4