**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND, LLC, | Case No.: 2:13-cv-01550-VCF |
| Plaintiff, | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER; SETTING HEARING; AND SETTING BRIEFING SCHEDULE** |
| vs. | |
| WELLS FARGO BANK, NA, HOUSING AND URBAN DEVELOPMENT, ADELE KADANS, DOROTHY L. KEMP, DONALD R. KEMP, RAFAEL GIRALDO, and LEONA MARTIN, | |
| Defendants. | |

The Court having reviewed Plaintiff's Temporary Restraining Order entered on August 9, 2013 in the Eighth Judicial District Court, and for good cause appearing, hereby makes the following orders:

**IT IS HEREBY ORDERED** that the Temporary Restraining Order entered in the Eighth Judicial District Court on August 9, 2013, shall be extended for fourteen (14) days from the date of entry of this Court's Order.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's Temporary Restraining Order shall be held on **Wednesday, September 11, 2013 at the hour of 2:00 p.m., before the Honorable Gloria M. Navarro, United States District Judge, in Courtroom 7D** of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that Plaintiff shall **IMMEDIATELY SERVE** a copy of the Summons, Complaint, *Ex Parte* Application for Temporary Restraining Order and

Motion for Preliminary Injunction, the Temporary Restraining Order, and a copy of this Order on all of the Defendants, as well as the United States Attorney's Office for the District of Nevada, and the United States Attorney General's Office.

**IT IS FURTHER ORDERED** that Defendants shall file their responsive briefs with the Clerk of this Court and serve the same on Plaintiff's attorney **no later than 4:00 p.m. on Tuesday, September 3, 2013**. Plaintiff's reply brief shall likewise be filed with the Clerk of this Court and served on Defendants' attorneys, as well as the United States Attorney's Office for the District of Nevada, and the United States Attorney General's Office **no later than 4:00 p.m. on Friday, September 6, 2013**.

**DATED** this 28th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge