# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Collegium Fund, LLC<br><br>             Plaintiff-Appellant,<br>vs.<br><br>Wells Fargo Bank, NA; et al.,<br><br>             Defendants-Appellees. | District No.    2:13-cv-01550-GMN-VCF<br><br>U.S.C.A. No.   14-17014 |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 2/4/2016, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 9 day of February, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court